AO 450  (Rev. 7/99) Judgment in a Civil Case             **CLOSED** _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MALLORY BEARD,

            Plaintiff,

v.

THE AUTO CLUB INSURANCE ASSOCIATION,

            Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 12-10726

Honorable Nancy G. Edmunds

■     A **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants and the case is DISMISSED.

Pursuant to Rule (77d), FRCivP
Copies have been electronically sent to:

THE ATTORNEYS OF RECORD

Date:  February 14, 2014

David Weaver, Clerk of Court

s/Richard Loury
Deputy Clerk