UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALLORY BEARD,

    Plaintiff,

vs                                            Case No.: 12-10726

THE AUTO CLUB INSURANCE        Hon.: Nancy G. Edmunds
ASSOCIATION,

    Defendant.

_____

### STIPULATION & ORDER RELEASING CASH BOND

On June 12, 2014 this Court entered an Order to Approve Supersedeas Bond Amount and For Stay Pending Appeal with the United States Court of Appeals for the Sixth Circuit Court, Case No.14-1294.  Plaintiff deposited Seven Thousand Dollars ($7,000.00) cash with the District Court in lieu of supersedeas bond into an interest-bearing Account.

WHEREAS, On November 19, 2014 the United States Court of Appeals for the Sixth Circuit issued an Opinion affirming the District Court Judgment in Defendant's favor; wherefore

**IT IS ORDERED** that within seven days of the entry of this Order the Clerk of the Court shall pay from principal, the amount of $6,523.39 to the Auto Club Insurance Association, c/o KIENBAUM OPPERWALL HARDY & PELTON, P.L.C 280 N. Old Woodward Ave., Suite 400 Birmingham, MI 48009, which represents the

judgment of $6,516.35 in favor of defendant plus $7.04 statutory interest. The court shall pay from principal the amount of $476.61 plus 100% of the accrued interest to Mallory Beard c/o BURGESS & SHARP, PLLC, 43260 Garfield, Suite 280, Clinton Township, MI 48038.

This judgment is a final order and resolves all issues pending before this court.

                                           s/ Nancy G. Edmunds
                                           U.S. District Court Judge

Date:  January 13, 2015

APPROVED FOR ENTRY:

| | |
|---|---|
| BURGESS & SHARP, PLLC | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| By: /s/ Rex A. Burgess | By: /s/ Thomas J. Davis |
| Rex A. Burgess, P42779 | Thomas J. Davis, P78626 |
| Attorneys for Plaintiff | Attorney for Defendants |
| 43260 Garfield, Suite 280 | 280 N. Old Woodward Ave., Suite 400 |
| Clinton Township, MI 48038 | Birmingham, MI 48009 |
| 586-226-2627 | 248-645-0000 |
| rex@burgess-sharp.com | tdavis@kohp.com |